AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Jerome Curry | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 2:10-cv-1783-RMG-PJG |
| The State of South Carolina, Charleston County Police Department, Officer D. English, Five Unknown Officers | ) ) ) | |
| *Defendant* | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The Report and Recommendation of Magistrate Paige J. Gossett is adopted and incorporated. This case is dismissed without prejudice and without issuance and service of process due to Plaintiff's failure to prosecute this case. The Plaintiff shall take nothing on his Compliant filed pursuant to Title 42 U.S.C. § 1983.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Richard Mark Gergel, United States District Judge.

Date: October 26, 2010

CLERK OF COURT  Larry W. Propes

*Signature of Clerk or Deputy Clerk*